**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7927**

ROGER STEVENSON,

          Plaintiff – Appellant,

     v.

APRIL SHOUP, Unit Manager at the Marion Correctional
Institution; JASON DOBSON, Case Manager; TURNER SOUTH,

          Defendants – Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Graham C. Mullen,
Senior District Judge.  (3:08-cv-00305-GCM)

Submitted:  March 28, 2011              Decided:  April 7, 2011

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Stevenson, Appellant Pro Se.   Elizabeth F. Parsons,
Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Stevenson appeals the district court's orders granting summary judgment in favor of Defendants in his 42 U.S.C. § 1983 (2006) civil rights action and denying his motions under Fed. R. Civ. P. 52 and 59(e), for a more definite statement, and for a copy of the appellate record. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stevenson v. Shoup, No. 3:08-cv-00305-GCM (W.D.N.C. Oct. 9, 2009; July 30, 2010; Sept. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED